IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESLIE HARALSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-130 (MTT) |
| | ) |
| CAROLYN W. COLVIN, *Commissioner* | ) |
| *of Social Security Administration*, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 15). The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends affirming the decision of the Commissioner because the Administrative Law Judge's findings were supported by substantial evidence and based on proper legal standards. The Magistrate Judge further recommends denying the Plaintiff's request to remand because the one-paragraph letter from her doctor that she asserts is new, material evidence is not material, and the Plaintiff has not shown good cause for her failure to submit the letter at the administrative level. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**, this 28th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT